## JACOB CARATTINI *v.* COMMISSIONER OF CORRECTION
## (AC 19872)

Hennessy, Pellegrino and Daly, Js.

Submitted on briefs June 12—officially released July 11, 2000

Per Curiam. The judgment is affirmed.

## THOMAS GRAHAM *v.* COMMISSIONER OF CORRECTION
## (AC 18296)

Foti, Hennessy and Pellegrino, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The appeal is dismissed.

## WILLIAM F. BENNETT *v.* BIRBARIE MARINE SALES, INC.
## (AC 19391)

Foti, Hennessy and Pellegrino, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The judgment is affirmed.